DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DEANIJINIQE CAIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-cr-0350 KJM |
| ) | |
| Plaintiff, ) | WAIVER OF DEFENDANT'S PRESENCE FOR |
| ) | RESTITUTION HEARING; ORDER |
| v. ) | |
| ) | |
| DEANJINIQE CAIL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, Deanjinique Cail, hereby waives the right to be present in person in open court upon the hearing of the restitution hearing in this case. Defendant hereby requests the Court to proceed during her absence and agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present.

Dated: October 14, 2011

                                                      */s/ Deanjinique Cail*
                                                      DEANJINIQUE CAIL
                                                      (Original retained by attorney)

I agree with and consent to my client's waiver of appearance.

Dated: November 3, 2011

        */s/ Lexi Negin*
LEXI NEGIN
Assistant Federal Defender
Attorney for Defendant
DEANJINIQUE CAIL

**IT IS SO ORDERED.**

Dated:  November 3, 2011.

UNITED STATES DISTRICT JUDGE